IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RANDY LEE RINDAHL,

    Plaintiff,

  v.

Case No. 19-cv-154-jdp

T EVARS, B. SCHIMEL, R. PAULSON,
S. LARSON, B. KRUSE, AND
S. WALKER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 7/3/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |