IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WISCONSIN
WESTERN DISTRICT

**Randy Lee Rindahl**
    Plaintiff

Vs.

**Tony Evers, et. al.**
    Defendant(s)

Case No: 19-0154

**NOTICE OF APPEAL**

    **COMES NOW,** the plaintiff herein seen as Rindahl, gives Notice of Appeal within the above mentioned matter raising question of the Court within interpretation of the 7th Circuit Court of Appeals within **McLean v. United States,** 566 F. 3D 391, 396-97(4th Cir 2009) within interpretation of a Strike, adjoin the Courts interpretation of Compliance within **Rindahl v. Daugaard,** 11-04082 within the meaning of Substantial Compliance within intent within Rindahl's Motion for Reconsideration, dated 8/13/2019.

Dated this 2nd day of August 2019

*Randy Lee Rindahl*